# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Blvd., Albany, New York 12211

| | | |
|---|---|---|
| **Andrea E. Celli, Esq.**<br>**Trustee**<br>**Bonnie Baker, Esq.**<br>**Assoc. Attorney** | **Telephone:** (518) 449-2043<br>**Facsimile:** (518) 449-2473 | **For payments Only:**<br>**P.O Box 1918**<br>**Memphis, TN  38101-1918** |

March 12, 2010

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:    08-10425            William R. Wollman

To Whom It May Concern:

Enclosed please find check #**920603** in the amount of **$.01** representing an overpayment by the debtors in this case and have attempted to distribute funds. The debtors have failed to cash checks. All attempts to contact and forward checks have been unsuccessful.

    Claim No.           Debtor refund

    Account#

    Creditor            William R. Wollman
                           POB 33
                           Earlton, NY 12058

Very truly yours,

/s/Cheryl Corning
Cheryl Corning
Office of Andrea Celli